JS-6

Valerie F. Horn, Esq. (CSB No. 151161)
VALERIE F. HORN & ASSOCIATES, APLC
1801 Century Park East
Twenty-Fourth Floor
Los Angeles, California 90067
Telephone: (310) 888-8494
Facsimile: (310) 888-8499
VFHorn@aol.com

Attorneys for PLAINTIFF MICHAEL LAWRENCE TOWNSEND ALSO KNOWN AS LARRY TOWNSEND, INDIVIDUALLY AND DOING BUSINESS AS L.T. PUBLICATIONS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAWRENCE TOWNSEND ALSO KNOWN AS LARRY TOWNSEND, INDIVIDUALLY AND DOING BUSINESS AS L.T. PUBLICATIONS<br><br>Plaintiff,<br><br>v.<br><br>HERBERT R. MOSELEY, et al.<br><br>Defendants. | CASE NO. CV 08-03557 GAF (MANx)<br><br>Honorable Gary A. Feess<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

IT IS HEREBY ORDERED that the above-entitled action be dismissed without prejudice.

DATED: October 22, 2008

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE